IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA WILLIAMS, | |
|     Plaintiff, | CIVIL ACTION FILE |
|     v. | NO. 1:05-CV-2675-RWS-GGB |
| GREAT-WEST HEALTHCARE, GREAT-WEST LIFE & ANNUITY INSURANCE CO., PATTY, NUZZO, KRISTI HOLT, and SHARON HAZELTON, | |
|     Defendants. | |

## **ORDER**

A review of the docket and file in this action reveals that the parties have not filed a Certificate of Interested Persons or a Joint Preliminary Report and Discovery Plan as is required by Local Rules 3.3 and 16.2, N.D.Ga. Accordingly, the parties are hereby **ORDERED** to file a Certificate of Interested Persons and a Joint Preliminary Report and Discovery Plan within 10 days of receiving this order. Failure to file a report within this time period may result in a recommendation that sanctions be imposed, including dismissal of the case or entry of a default judgment. See Local Rules 16.5 and 41.3, N.D.Ga.; Fed.R.Civ.P. 41(b).

The Clerk of the Court is **DIRECTED** to resubmit this action to the undersigned Magistrate Judge upon expiration of the above-allotted time period if the parties have not filed the noted documents.

IT IS SO ORDERED, this 9th day of December, 2005.

                                               /s/ Gerrilyn G. Brill
                                               GERRILYN G. BRILL
                                               UNITED STATES MAGISTRATE JUDGE

T:\LAWCLERK\PAUL\Orders\Missing Documents\Williams.jpr.cip.wpd

AO 72A
(Rev.8/82)